

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2018

No. 04-17-00858-CV

**IN THE ESTATE OF RAYMOND OATMAN WHIPPLE, JR., DECEASED**,

From the County Court, Guadalupe County, Texas
Trial Court No. 2006-PC-0273
Honorable Robin V. Dwyer, Judge Presiding

## O R D E R

By order dated January 18, 2018, appellant was ordered to prove written proof that the fee for preparing the reporter's record had been paid. By order dated January 31, 2018, the deadline for providing written proof of payment was extended to February 8, 2018. Our order stated, "**NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.**" On February 8, 2018, appellant filed written notice that the reporter's fee has not been paid. It is therefore ORDERED that appellant's brief must be filed no later than March 12, 2018, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court